**UNITED STATES BANKRUPTCY COURT**

# District of Connecticut
## Connecticut Financial Center
## 157 Church Street
## 18th Floor
## New Haven, CT 06510

In re: Karen E. Zenit

Case Number: 14–30014
Chapter: 13

Dear Sir or Madam:

   This letter is to inform you that a Proof of Claim was filed in your name by the trustee on 5/28/14 in the amount of $ 10880.32 .

   Should you wish to dispute the claim, you will need to file a Proof of Claim Form and indicate "supercedes trustee claim" on the face of the claim form. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

   Your claim will supercede the claim filed by the trustee.

Dated: 5/29/14

*Gary M Gfell*

Clerk, U.S. Bankruptcy Court

cc: Karen E. Zenit , Debtor
   George C. Tzepos, Debtor's Attorney
   Molly T. Whiton, Trustee
   WPCA, City of Ansonia , Creditor