UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In Re ) | Case No. 14-30014 |
| ) | |
| KAREN E. ZENIT ) | |
| ) | |
| DEBTOR ) | Re: ECF No. 19 |
| ) | |
| KAREN E. ZENIT ) | |
| ) | |
| VS. ) | Chapter 13 |
| ) | |
| CAPITAL ONE ) | |
| UNITED ILLUMINATING ) | |
| MOLLY T. WHITON, TRUSTEE ) | |

ORDER ON MOTION TO AVOID JUDICIAL LIEN
PURSUANT TO BANKRUPTCY CODE SECTION 522(f)

The Debtor's Motion to Avoid Judicial Lien (hereafter, "the Motion"), ECF No. 19 having come on for hearing on September 4, 2014, after due notice; and there being no objection thereto, and it having been represented that:

1) On the date of the commencement of this case the fair market value of the Debtors interest in her residence and real property located at 51 North State Street, Ansonia, Connecticut (hereafter, "the Property"), was $150,000.00; and,

2) The Debtor is entitled to and "could claim", an exemption with respect to the Property under Section 522(b) in the amount of $1.00; and,

3) The liens on the Property on the commencement date was as follows:

   a. First mortgage in favor of Ocwen Loan Servicing, LLC dated May 23, 2005 and recorded June 1, 2005 in Volume 422, Page 585 of the Ansonia Land Records. The amount of the claim for this secured mortgage is $169,244.00.

   b. Judgment Lien in favor of Capital One dated April 19, 2010 and recorded May 3, 2010 in Volume 490, Page 435 of the Ansonia Land Records.  The amount of the claim for this secured lien is $909.00.

   c. Judgment Lien in favor of United Illuminating dated July 12, 2012 and recorded July 18, 2012 in Volume 508, Page 034 of the Ansonia Land Records.  The amount of the claim for this secured lien is $5,679.26.

**NOW THEREFORE IT IS HEREBY ORDERED,** that the Motion is **GRANTED** in that the fixing of the following liens on the Property are **AVOIDED** pursuant to Section 522(f):

   a. Judgment Lien in favor of Capital One dated April 19, 2010 and recorded May 3, 2010 in Volume 490, Page 435 of the Ansonia Land Records.  The amount of the claim for this secured lien is $909.00.

   b. Judgment Lien in favor of United Illuminating dated July 12, 2012 and recorded July 18, 2012 in Volume 508, Page 034 of the Ansonia Land Records.  The amount of the claim for this secured lien is $5,679.26.

   **IT IS FURTHER ORDERED** that should this bankruptcy case be dismissed, any and all liens avoided by this Order shall be reinstated under Section 349 without further order of this Court.

   Dated: September 5, 2014                              BY THE COURT

                                                        *Julie A. Manning*
                                                        Julie A. Manning
                                                        United States Bankruptcy Judge