UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

IN THE MATTER OF                                IN PROCEEDINGS UNDER

KAREN E. ZENIT                                  CHAPTER 13

    Debtor                                      CASE NO. 14-30014 JAM

**ORDER CONFIRMING**
**SECOND AMENDED CHAPTER 13 PLAN**

  The debtor's plan was filed on 1/10/14, and was amended on 10/9/14. A summary of the plan, or a summary of the final amendment of the plan, was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the plan meets the requirements of 11 U.S.C. Section 1325 and 1329.

IT IS ORDERED THAT:
    The debtor's chapter 13 plan is confirmed, with the following provisions:

1. Payments: $128.08 Weekly on Thursdays, commencing 11/6/14.

2. Period of payments:    60 months, or until a dividend of not less than 0.0% is paid to creditors holding allowed unsecured claims.

    Payable to:    **Molly T. Whiton, Standing Trustee**
                           **P.O. Box 610**
                           **Memphis, TN 38101-0610**

    Payroll Deduction:
    __XX__    Unless previously ordered, the debtor's employer is ordered to deduct payments from the debtor's earnings, draw checks in the name of the standing trustee, and deliver or mail the same to the standing trustee on or before each due date until further order of this Court.
    _____    No payroll deduction is ordered.

**KAREN ZENIT'S EMPLOYER:**                    ATTN:  Payroll
                                               **Hewitt Health & Rehab. Center**
**Employee ID No. xxx-xx-8377**                **45 Maltby Street**
                                               **Shelton, CT  06484**

3. Attorney's Fees: The debtors' attorney is awarded a fee in the amount of $2,100.00, of which $2,100.00 is due and payable from the estate.

Dated: October 9, 2014                                    BY THE COURT

                                                          *Julie A. Manning*
                                                          Julie A. Manning
                                                          Chief United States Bankruptcy Judge