**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

---

In re:                              )
                                    )
KAREN E. ZENIT                      )          Chapter 13
                                    )
                                    )          Case No. 14-30014
            Debtor(s)               )

---

## APPLICATION FOR ENTRY OF CHAPTER 13 DISCHARGE

The above named Debtor(s) requests the entry of a Chapter 13 discharge. In support of this request, I/we state as follows:

1. I/We have made all of the payments required under the confirmed Chapter 13 plan, and I/We have fully complied with the terms of that plan.

2. If, on or before the date of this Application, I/We were ordered by a court or required by law to pay a domestic support obligation *(for example, alimony or child support obligations)*, I/We *certify* that I/We have paid all such obligations that were due before the date of this Application.

3. I/We have not been convicted of, and I/We have no reason to believe that there is pending any proceeding in which I/We may be found guilty of, a felony (a crime punishable by a maximum term of imprisonment of more than one year) involving the abuse of bankruptcy law.

4. I/We are not liable for a debt, and I/We have no reason to believe there is pending any proceeding which I/We may be held liable for a debt, for: (i) any violation of federal or state securities law; (ii) fraud, deceit, or manipulation in a fiduciary capacity (where I am responsible for managing someone else's money, property, or affairs) or in connection with the purchase or sale of any securities; (iii) any civil remedy under § 1964 of Title 18 U.S. Code (arising from a claim under the Racketeer Influenced and Corrupt Practices Act (RICO)); or (iv) any criminal act, any intentional harm to another, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five (5) years.

*Karen E Zenit*
KAREN E. ZENIT - Debtor

Date 2-3-18