United States Bankruptcy Court
District of Connecticut

In re:
Karen E. Zenit
    Debtor

Case No. 14-30014-amn
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0205-3    User: ldurrenbe    Page 1 of 2    Date Rcvd: Mar 01, 2018
                        Form ID: 3180W    Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 03, 2018.
```
db            +Karen E. Zenit,    51 North State Street,    Ansonia, CT 06401-1526
tr            +Roberta Napolitano,    10 Columbus Boulevard,    6th Floor,    Hartford, CT 06106-1976
8183473        American Adjustment,    PO Box 150447,    Hartford, CT   06115-0447
8183477      ++COMCAST,    676 ISLAND POND RD,    MANCHESTER NH 03109-4840
              (address filed with court: Comcast,    PO Box 196,    Newark, NJ  07101-0196)
8183476       +City Of Ansonia,    Tax Collector,    253 Main St,    Ansonia, CT 06401-1871
8183484       +John F. X. Androski, Tr.,    Androski, Androski, Androski &,    156 Main Street, PO Box 656,
                Ansonia, CT 06401-0656
8183485       +Law Offices Of Howard Lee Schi,    510 Tolland St,    East Hartford, CT 06108-2523
8183486        Nair & Levin,    707 Bloomfield Ave,    Bloomfield, CT  06002-2406
8183487        Nationwide Insurance,    Payment Processing Center - 27,    P O Box 55126,
                Boston, MA  02205-5126
8183488        Northeast Utilities,    PO Box 2899,    Hartford, CT  06101-8307
8211833       +Ocwen Loan Servicing, LLC,    c/o McCalla Raymer Leibert Pierce LLC,
                Attn: Linda St. Pierre, Esq.,    50 Weston Street,    Hartford, CT 06120-1504
8281213       +Rita St. Jacques, Admin.,    Ansonia WPCA,    253 Main Street,    Ansonia, CT 06401-1855
8183493        The Hartford,    P O Box 660912,    Dallas, TX  75266-0912
8254982        WPCA,    City of Ansonia,    253 Main Street,    Ansonia, CT 06401-1855
8190280        Yankee Gas,    Northeast Utilities,    Credit & Collections,    P.O. Box 2899,
                Hartford, CT 06101-8307
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
8183474       +E-mail/Text: updates@brennanclark.com Mar 01 2018 18:38:36     Brennan & Clark Ltd.,
                721 E. Madison Suite 200,    Villa Park, IL 60181-3083
8183475        EDI: CAPITALONE.COM Mar 01 2018 23:35:00      Capital One,    PO Box 5155,
                Norcross, GA  30091-5155
8183478       +EDI: CONVERGENT.COM Mar 01 2018 23:36:00      Convergent Outsourcing, Inc.,    800 SW 39th St,
                Renton, WA 98057-4975
8183479       +EDI: CCS.COM Mar 01 2018 23:34:00     Credit Collection Services,    CCS,    2 Wells Ave,
                Newton Center, MA 02459-3246
8183480        EDI: CMIGROUP.COM Mar 01 2018 23:33:00      Credit Management,    P O Box 118288,
                Carrollton, TX  75011-8288
8183481        EDI: AMINFOFP.COM Mar 01 2018 23:34:00      First Premier,    PO Box 5529,
                Sioux Falls, SD  57117-5529
8183482       +E-mail/Text: lgraham@griffinhealth.org Mar 01 2018 18:38:36     Griffin Hospital,    PO Box 337,
                Derby, CT 06418-0337
8183483        EDI: IRS.COM Mar 01 2018 23:36:00      Internal Revenue Service,    PO Box 7346,
                Philadelphia, PA  19101-7346
8210200       +E-mail/Text: csidl@sbcglobal.net Mar 01 2018 18:38:37     Premier Bankcard/Charter,
                P.O. Box 2208,    Vacaville, CA 95696-8208
8183490        E-mail/Text: rwabankruptcy@rwater.com Mar 01 2018 18:38:37     Regional Water Authority,
                P O Box 981102,    Boston, MA  02298-1102
8240742        EDI: NEXTEL.COM Mar 01 2018 23:34:00      Sprint Corp.,    Attn: Bankruptcy Dept.,    PO Box 7949,
                Overland Park, KS 66207-0949
8183491        E-mail/Text: bankruptcies@libertymutual.com Mar 01 2018 18:38:19     Safeco Insurance,
                P O Box 6478,    Carol Stream, IL  60197-6478
8183494       +E-mail/Text: bankruptcy@uinet.com Mar 01 2018 18:38:04     United Illuminating,
                Attn: J. Piergrossi OP 1-C,    100 Marsh Hill Road,    Orange, CT 06477-3628
                                                                                              TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ocwen Loan Servicing, LLC
cr              Ocwen Loan Servicing, LLC, as servicer for U.S. BA
cr              U.S. Bank National Association
cr              U.S. Bank National Association, as Trustee for Res
aty*          +Roberta Napolitano,    10 Columbus Boulevard,    6th Floor,    Hartford, CT 06106-1976
8183489       ##Ocwen Loan Servicing LLC,    P O Box 9001719,    Louisville, KY  40290-1719
8183492       ##State Of Connecticut,    Department Of Revenue Services,    C&E Division, Bankruptcy Unit,
                25 Sigourney Street,    Hartford, CT  06106-5032
                                                                                   TOTALS: 4, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0205-3          User: ldurrenbe              Page 2 of 2                   Date Rcvd: Mar 01, 2018
                              Form ID: 3180W              Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2018 at the address(es) listed below:
              George C. Tzepos    on behalf of Debtor Karen E. Zenit zepseven@sbcglobal.net
              Linda  St. Pierre    on behalf of Creditor    Ocwen Loan Servicing, LLC
               bankruptcyecfmail@mccalla.com,   Linda.St.Pierre@mccalla.com
              Linda  St. Pierre    on behalf of Creditor    U.S. Bank National Association
               bankruptcyecfmail@mccalla.com,   Linda.St.Pierre@mccalla.com
              Linda  St. Pierre    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates,
               Series 2005-EFC3 bankruptcyecfmail@mccalla.com,   Linda.St.Pierre@mccalla.com
              Michael T. Rozea    on behalf of Creditor    Ocwen Loan Servicing, LLC, as servicer for U.S. BANK
               NATIONAL ASSOCIATION, AS TRUSTEE FOR RESIDENTIAL ASSET MORTGAGE PRODUCTS, INC., MORTGAGE ASSET-
               BACKED PASS-THROUGH CERTIFICATES, SERIES 2005 -EFC3 mrozea@leopoldassociates.com,
               ecf@leopoldassociates.com
              Patrick  Crook    on behalf of Trustee Molly T. Whiton pcrook@ch13rn.com
              Roberta  Napolitano    rnapolitano@ch13rn.com,   courtalerts@ch13rn.com
              Roberta  Napolitano    on behalf of Trustee Roberta  Napolitano rnapolitano@ch13rn.com,
               courtalerts@ch13rn.com
              U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
              Victoria L. Forcella    on behalf of Creditor    U.S. Bank National Association, as Trustee for
               Residential Asset Mortgage Products, Inc., Mortgage Asset-Backed Pass-Through Certificates,
               Series 2005-EFC3 vforcella@huntleibert.com,   bankruptcy@huntleibert.com
                                                                                             TOTAL: 10
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Karen E. Zenit** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–8377** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **District of Connecticut** | | |
| Case number:   **14–30014 amn** | | |

# Order of Discharge                                                                12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   Karen E. Zenit

| | | |
|---|---|---|
| 3/1/18 | **By the court:** | <u>Ann M. Nevins</u> <br> United States Bankruptcy Judge |

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W                              **Chapter 13 Discharge**                              page 2